## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| **BLAZE HICKS,** § § § | |
| *Plaintiff,* § § | |
| v. § § | Civil Action No. 9:19-cv-212 |
| **KERRY PERRY,** § § § | |
| *Defendant.* § § | |

### KERRY PERRY'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Kerry Perry, Defendant in the above-referenced and -numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Memorandum Order Overruling Objections and Adopting the Magistrate Judge's Report and Recommendation [#129], signed and entered in this action on November 9, 2022, in which the Court denied Mr. Perry's Motion for Summary Judgment on the issue of qualified immunity. The Court's Order denying Mr. Perry's Motion for Summary Judgment on the issue of qualified immunity is immediately appealable to the United States Court of Appeals for the Fifth Circuit, and Mr. Perry hereby exercises his right to appeal.

Respectfully submitted,

*/s/ David Iglesias*
**David Iglesias**
State Bar No. 24051733
david@iglesiaslawfirm.com
Lead Attorney

*/s/ James A. Evans, III*
**James A. Evans III**
State Bar No. 24053191

jim@iglesiaslawfirm.com

*Signature: Stephanie G. Ernst*
**Stephanie Ernst**
State Bar No. 24057717
stephanie@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**COUNSEL FOR DEFENDANT KERRY PERRY**

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, a copy of the foregoing was served upon Plaintiff by certified U.S. mail, return receipt requested, at the following address:

*__Via CMRRR: 9414 8368 9784 6036 2863 23__*
Mr. Blaze Hicks, #02380289
TDCJ – Ellis Unit
1697 FM 980
Huntsville, TX 77343

*Signature: David Iglesias*
David Iglesias