IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BLAZE HICKS | § | |
| VS. | § | CIVIL ACTION NO. 9:19-CV-212 |
| KERRY PERRY | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff Blaze Hicks filed this civil rights action pursuant to 42 U.S.C. § 1983 against Kerry Perry. With the consent of the parties, the action was referred to the undersigned magistrate judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 73.

On February 28, 2025, Plaintiff filed an Agreed Motion to Dismiss With Prejudice. (Doc. #203.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff may dismiss the case upon terms that the court considers proper. Plaintiff asserts that the parties have resolved all disputes, claims, and causes of action. Because the parties have reached a settlement, the interests of justice will be served by granting Plaintiff's Motion to Dismiss. It is accordingly

ORDERED that Plaintiff's Agreed Motion to Dismiss With Prejudice is GRANTED. A final judgment will be entered in accordance with this Memorandum Opinion and Order.

**SIGNED this the 7th day of April, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE